| | |
|---|---|
| 1 | SUZZANNE S. UHLAND (S.B. #136852) |
| | suhland@omm.com |
| 2 | STEPHEN H. WARREN (S.B. #136895) |
| | swarren@omm.com |
| 3 | JENNIFER TAYLOR (S.B. #241191) |
| | jtaylor@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 5 | San Francisco, California 94111-3823 |
| | Telephone: (415) 984-8700 |
| 6 | Facsimile: (415) 984-8701 |

Attorneys for
OneWest Bank N.A.

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 09-40459-RLE |
| RICHARD BERNARD SUSSMAN and LYNDA ROSEMARY SUSSMAN | Chapter 13 |
| Debtors. | **ONEWEST BANK N.A.'S SUBMISSION IN ADVANCE OF AUGUST 20, 2014 HEARING AND *EX PARTE* APPLICATION FOR APPEARANCE OF SENIOR VICE PRESIDENT** |
| | Date: August 20, 2014 |
| | Time: 1:30 p.m. |
| | Courtroom: 201 |

THE HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE:

OneWest Bank N.A. ("OneWest"), the former servicer of the debtors' mortgage loans, hereby respectfully requests *ex parte* pursuant to 11 U.S.C. § 105 an order permitting Ms. Elizabeth Baumeister, OneWest's Senior Vice President of Consumer Counseling Support, to appear at the hearing set for August 20, 2014, in lieu of OneWest's CEO, Mr. Joseph Otting. OneWest takes very seriously this Court's concerns regarding the previous failures to respond to the Court's orders to show cause and desires to rectify the situation directly through this pleading and at the hearing on August 20. Mr. Otting is traveling on August 20 for a previously scheduled family vacation in Idaho, where he is also serving in his capacity as a board member of the Killebrew Thompson Memorial Benefit, which funds cancer and leukemia research. But he can appear in person before the Court the following week if the Court so requires. In the meantime, OneWest seeks to provide the information requested by the Court on August 20, 2014, through Ms. Baumeister, a senior executive at the company who is knowledgeable regarding the topics this Court has stated its intention to discuss. In light of Mr. Otting's prescheduled travel and Ms. Baumeister's relevant expertise and senior position within the company, good cause exists to grant the relief herein requested. OneWest additionally submits herewith certain documents related to the transfer of the Sussman loans from OneWest to Ocwen.

This application is based on the application, the memorandum of points and authorities, the declarations filed concurrently herewith, and the pleadings and papers on file herein.

Dated: August 13, 2014

SUZZANNE S. UHLAND
STEPHEN H. WARREN
JENNIFER TAYLOR
O'MELVENY & MYERS LLP

By:    /s/ Jennifer Taylor
          Jennifer Taylor
Attorneys for OneWest Bank N.A.

- 1 -

Case: 09-40459    Doc# 65    Filed: 08/13/14    Entered: 08/13/14 15:41:48    Page 2 of 2